Argued and submitted December 19, 1996, reversed and remanded for reconsideration January 29, 1997

In the Matter of the Compensation of
Jeffrey C. Michael, Claimant.

Jeffrey C. MICHAEL,
*Petitioner,*

*v.*

BLUE MOUNTAIN ASPHALT CO.
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB No. 95-07698; CA A93252)

932 P2d 90

![black bar]

Hollis Ransom argued the cause and filed the brief for petitioner.

Alexander D. Libmann argued the cause and filed the brief for respondents.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Deluxe Cabinet Works v. Messmer*, 140 Or App 548, 915 P2d 1053, *rev den* 324 Or 305 (1996).